847

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN M. COLEMAN, an Attorney and Counselor at Law, Respondent.— During the pendency of disciplinary proceedings respondent consented that his name be struck from the roll of attorneys. The official referee designated to hear and report has found respondent guilty of misconduct but recommends that the consent be accepted. The respondent is, therefore, disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

In the Matter of the Petition of ELSIE K. POWELL, as Executrix, etc., of WILSON M. POWELL, Deceased, for the Judicial Settlement of the Account of Proceedings of WILSON M. POWELL, Deceased, as Substituted Trustee under the Last Will and Testament of EDMUND P. RUSHMORE, Deceased. ELLEN RUSHMORE McKEON and Others, Appellants; ELSIE K. POWELL, as Executrix, etc., of WILSON M. POWELL, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present— Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of ABRAHAM SCHACHNE, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. [See 242 App. Div. 728; 251 id. 853.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

PETER JOHNSTON, etc., Respondent, v. MAYFAIR PROPERTIES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ROBERT MERRITT KING, an Infant, by JAMES KING, His Guardian ad Litem, and Another, Respondents, v. CORA M. DREDGER and Another, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

JAMES S. KLEINMAN, Respondent, v. NEWBURGH SAVINGS BANK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ABBY HOWELL LEE, Respondent, v. TOWN OF MOUNT PLEASANT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LOUIS MARSULLO, Respondent, v. ALFRED MARSULLO, as Sole Surviving Executor and Trustee, etc., of MARY D. MARSULLO, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Defendant's time to answer extended until ten days after the entry of the order hereon. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

P. WALKER MORRISON and Others, as Trustees under a Declaration of Trust Dated the 27th Day of March, 1936, and a Plan of Reorganization for Series B-K Mortgage Investments, Approved by an Order of the Supreme Court of the State of New York, Entered on the 19th Day of December, 1935, Appellants, v. NEW YORK RAPID TRANSIT CORPORATION and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 1106.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.